# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### December 22, 2010

| 28973 | Lowe v. Kealoha | Affirmed |

### December 28, 2010

| 29407 | O'Phelan v. Meek | Affirmed |
| 29569 | Sarasota CCM, Inc. v. Levine | Affirmed |

### December 29, 2010

| 29993 | State v. Tierney | Affirmed |

### January 11, 2011

| 29995 | Discover Bank v. Tomisato | Affirmed |

### January 12, 2011

| 28521 | Citibank (South Dakota), N.A. v. Kamalu | Affirmed |
| 28563 | Doe v. Doe | Affirmed |

### January 25, 2011

| 28314 | Chung Mi Ahn v. Liberty Mut. Fire Ins. Co. | Affirmed |